# EXHIBIT D





**CLIENT** MELISSA RUMPF

**CONTRACT NO.** CDY83733649    **VIN NO.** 1GKKRTKD9GJ232685

**CLAIMS HOTLINE:** 800-664-1825

**ROADSIDE ASSISTANCE:** 800-618-4598

**MEMBERSHIP CARD**



# Plan Booklet

**EXTENDED VEHICLE COVERAGE PROGRAM**





Welcome to the Endurance Family!

Congratulations on the purchase of this Vehicle Service Contract.

Please take a moment to review this entire document, including Your Responsibilities, Waiting Period, How to Submit a Claim, and Exclusions. Also, please verify that the information on the application page is correct, including your vehicle's make and mileage, your level of coverage and coverage options, as well as your contract information.

We recommend you print and keep this membership packet in your glove compartment for future reference, along with all documentation of service work and repairs performed on your vehicle. If you have any questions or concerns, please call us at 866.432.4443.

Sincerely,
The Endurance Team

### Important Contract Numbers

**Roadside:** 800-618-4598          **Claims:** 800-664-1825





# Platinum
## Vehicle Service Contract
### Registration Page

## Contract Holder Information

| Contract Holder Name(s) | Contract Number |
|---|---|
| **MELISSA RUMPF** | **CDY83733649** |

| Contract Holder Email | | |
|---|---|---|
| **mkjohanning@yahoo.com** | | |

| Address | | Telephone |
|---|---|---|
| **4000 S BROADWAY AVE APT 113** | | **7027161009** |

| City | State | Zip |
|---|---|---|
| **FLOWER MOUND** | **TX** | **75028** |

## Vehicle Information

| Year | Make | Model |
|---|---|---|
| **2016** | **GMC** | **ACADIA** |

| Manufacturer's Warranty Start Date | VIN |
|---|---|
| | **1GKKRTKD9GJ232685** |

| Odometer Reading at Contract Purchase Date | Vehicle Purchase Price/Lease Price |
|---|---|
| **53,396** | |

## Seller Information

| Seller Name: | Seller Number |
|---|---|
| **ENDURANCE** | |

| Seller Address | Seller Phone |
|---|---|
| **400 SKOKIE BLVD SUITE 470** | **(866) 432-4443** |

| City: | State | Zip |
|---|---|---|
| **NORTHBROOK** | **IL** | **60062** |

## Lienholder/Lessor Information

| Lienholder/Lessor Name | Telephone |
|---|---|
| **MEPCO** | **(800) 397-6767** |

| Lienholder/Lessor Address | City | State | Zip |
|---|---|---|---|
| **10 S. LASALLE ST, SUITE 2310** | **CHICAGO** | **IL** | **60603** |

| **Coverage: PLATINUM** | **Deductible** |
|---|---|
| **Surcharged Coverage:** ☐ Commercial / Rideshare  ☐ Enhanced Labor Rate  ☐ Luxury Electronics Package | **$100**  The Contract Holder agrees to pay the above Deductible each time there is a Covered Repair |

| Contract Price | Contract Purchase Date | Contract Expiration Date | Contract Expiration Odometer |
|---|---|---|---|
| **$4,518.00** | **06/14/24** | **07/13/29** | **129,396** |

**WAITING PERIOD:**
**COVERAGE BEGINS AT THE LATER OF THIRTY (30) DAYS AFTER THE CONTRACT PURCHASE DATE AND ONE THOUSAND (1,000) MILES AFTER THE ODOMETER READING ON THE CONTRACT REGISTRATION PAGE.**

**If the information You or the Seller provided does not meet the requirements for this Contract, We will correct the information if possible and will not void this Contract. If We cannot obtain the correct information, We will void the Contract and return the Contract Price to either**

**For Emergency Roadside Assistance, call 1 (800) 618-4598. For Claims, call 1 (800) 664-1825.**
**For Customer Service, call 1 (844) 999-9658**

**You, the Seller, or the Lender (You should contact Your Seller or Lender to obtain a refund of any finance charges incurred). If You have neglected to sign the Contract, We will keep the Contract in force unless You cancel. The Contract Price does not include any state, local, or other special sales tax. The Seller is responsible for determining if any of these apply to this transaction and, if so, for calculating, collecting, remitting, and, as applicable, refunding any such taxes.**

**Certain capitalized words used in this Contract appear in the above portion of this Registration Page and others are defined below or in the Coverages listed below. This completed Registration Page, together with the Coverages, constitutes Your complete Vehicle Service Contract (the "Contract"). Please retain this Registration Page as evidence of Your purchase of this Contract.**

**Purchase of this Contract is not required in order to purchase or lease a vehicle or obtain vehicle financing. This Contract is not a warranty or insurance and does not guarantee the utility or performance of the Vehicle. Some of the benefits provided under this Contract may duplicate express or implied warranties that may accompany the purchase of the Vehicle. We do not issue guaranteed price refunds and are not obligated under any guaranteed price refund You obtain from the Seller or any other party.**

**Our obligations to perform under this Agreement are insured under an insurance policy issued by Lyndon Southern Insurance Company 10751 Deerwood Park Blvd., Ste. 200, Jacksonville, FL 32256, Tel: (800) 888-2738, except in Georgia, New York, and Wisconsin.**

**In Georgia, the Obligor is insured under an insurance policy issued by the Insurance Company of the South 10751 Deerwood Park Blvd., Ste. 200, Jacksonville, FL 32256, Tel: (800) 888-2738. In New York and Wisconsin, the Obligor is insured under an insurance policy issued by the Blue Ridge Indemnity Company, 10751 Deerwood Park Blvd., Ste. 200, Jacksonville, FL 32256, Tel: (800) 888-2738.**

### YOU MUST OBTAIN PREAUTHORIZATION FROM US BEFORE ANY REPAIRS ARE MADE TO THE VEHICLE.

| 06/14/24 | | Chris Appleton |
|---|---|---|
| **Date** | **Contract Holder's Signature** | **Seller Representative** |

## PLATINUM LEVEL COVERAGE

Thank You for choosing Our PLATINUM Service Contract! You have selected an Exclusionary Service Contract which will provide You with peace of mind and protection against Mechanical Breakdowns as described herein.

Customer Service: 1 (844) 999-9658

Claims: 1 (800) 664-1825

Roadside Assistance: 1 (800) 618-4598

IMPORTANT INFORMATION YOU NEED TO KNOW:

Your Service Contract number is located on the Registration Page of this Service Contract. Please refer to this number in any written or verbal communication, such as requesting information or filing a Claim.

## AGREEMENT

This Service Contract is between the Purchaser (named on the Registration Page) and the Provider, DKP Administration, Inc., located at 4925 Boonsboro Road, Suite 238, Lynchburg, VA 24503, 1 (844) 999-9658.

Our obligations to perform under this Agreement are insured under an insurance policy issued by Lyndon Southern Insurance Company 10751 Deerwood Park Blvd., Ste. 200, Jacksonville, FL 32256, Tel: (800) 888-2738, except in California, Georgia, New York, and Wisconsin.

In Georgia, the Obligor is insured under an insurance policy issued by the Insurance Company of the South 10751 Deerwood Park Blvd., Ste. 200, Jacksonville, FL 32256, Tel: (800) 888-2738.

In New York and Wisconsin, the Obligor is insured under an insurance policy issued by the Blue Ridge Indemnity Company, 10751 Deerwood Park Blvd., Ste. 200, Jacksonville, FL 32256, Tel: (800) 888-2738.

## DEFINITIONS

This Service Contract includes certain words and phrases that have specified meaning and appear throughout this Service Contract. Their meanings are listed below:

**Actual Cash Value (ACV)** – Means the National Auto Dealers Association (NADA) published wholesale trade-in value of Your Vehicle immediately prior to Breakdown taking age, condition, and mileage into consideration.

**Administrator** – Means the company that provides administrative services for this Service Contract: Gold Key Warranty, LLC DBA Consumer Care Direct 3334 W. Main Street #203, Norman, OK 73072, 1 (844) 999-9658.

**Breakdown, Mechanical Breakdown** – Means any part(s) covered by this Service Contract which fail(s) to perform the function for which it was designed due to mechanical defect or fails to perform within the manufacturer's specifications for the age and mileage of the Vehicle, providing it has received required maintenance.

**Business Use** – Coverage is provided if the Business Use surcharge has been paid as specified on Your Registration Page. Eligibility is limited to vehicles used for repair work, service work, route work, and delivery work. Coverage is limited to single use drivers.

**Claim(s)** – Means a request made by You for benefits under this Service Contract.

**Coverage Selected** – Means the protection You have selected, as shown in the Coverage Information section of the Registration Page.

**Covered Part(s)** – Refers to the mechanical or electrical components described under SCHEDULE OF COVERAGE Section, as contained in this Service Contract which are original parts on Your Vehicle at the time of its purchase by You or like replacement parts meeting the manufacturer's specifications.

**Deductible** – Means the amount You are required to pay, as shown in the Coverage Information section of the Registration Page, per repair for covered Breakdowns.

**Licensed Repair Facility** – Refers to the entity that is, has, or will be performing repairs to Your Vehicle. Such facility must be licensed and/or approved by the state to perform automotive repairs, must have a tax identification number where required, and be capable of performing the needed repairs to Your Vehicle.

**Lienholder** – Means the party responsible for collecting payments on Your Service Contract, as identified in the Lienholder Information section of the Registration Page and the separate payment plan agreement You entered at the time-of-Service Contract purchase.

**Odometer Reading at Purchase Date** – Means the original mileage on Your Vehicle's odometer on the Service Contract Purchase Date as shown in the Coverage Information section of the Registration Page.

**Reasonable Cost** – Means the repair costs that are recognized locally and/or nationally for a similar repair. We may use published parts and labor guides to establish Our costs. The Administrator reserves the right to determine recognized labor manuals. The maximum hourly labor rate that We will pay shall not exceed what is usual and customary where Your Vehicle's Breakdown occurred.

**Registration Page** – Means the numbered document, attached to this Contract, which outlines information regarding You, Your Vehicle, Coverage Selected and other vital information.

**Seller** – Means the entity who sold You this Service Contract as identified in the Seller Information section of the Registration Page.

**Service Contract, Contract** – Means this document, that You have purchased from the Seller to protect Your Vehicle. Service Contract Purchase Date – Means the sale date of this Service Contract to You as shown in the Coverage Information section of the Registration Page.

**Vehicle, Your Vehicle** – Means the Vehicle that is described in the Vehicle Information section of the Registration Page.

**Waiting Period** – Means the later of thirty (30) days AND one thousand (1,000) miles from the Service Contract Purchase Date.

**We, Us, Our, Provider** – Means the Service Contract Provider ('Provider') and is identified as: DKP Administration, Inc. 4925 Boonsboro Road, Suite 238, Lynchburg, VA 24503, 1 (844) 999-9658, who is obligated to provide services and pay Claims under this Service Contract.

**You, Your, Purchaser, Service Contract Holder** – Means the individual shown in the Purchaser Information section of the Registration Page, or the person to whom this Service Contract was properly transferred.

## WHAT IS COVERED BY THIS CONTRACT

We will pay or reimburse You for authorized charges to repair or replace any Breakdown of any component specifically listed below, less any Deductible shown in the Service Contract Information section of the Registration Page. Replacement parts may be New, Remanufactured or of Like Kind and Quality (LKQ) at the sole discretion of the Administrator. Labor will be verified by one of the

following nationally recognized labor guides: Forte or Identifix.

**All Claims Must Be Authorized By Us Prior to Repairs Being Started.**

**"PLATINUM" COVERAGE** covers all components of the Vehicle, except for the following items:

1. Paint; carpeting; upholstery; fabric; VEHICLE frame; the following parts of the manual/hydraulic clutch assembly: friction disc, pressure plate, throw-out bearing, pilot bearing; rubber hoses and combination rubber/metal lines; moldings; PCV Valve; distributor cap/rotor; wheels and wheel covers; seat belts and retractors; seat heaters integrated in upholstery; clock spring; battery and cables; nuts, bolts, and fasteners; rubber body parts; VEHICLE body panels and components; trim; weather stripping; ducting and tubing; illumination of any kind, including but not limited to lenses, light bulbs, headlight and/or taillight assemblies, LED lighting and sealed beams; exhaust system; keyless entry pad and transmitters; brake pads, drums, rotor, and shoes; canvas; fiberglass, vinyl or fabric tops; convertible tops and sunroofs including related mechanisms; remote compact disc changers; buttons; handles; door hinges; glass and glass assemblies; audio components not installed by the factory, GPS components and any other parts combined with GPS component(s); CB radios; bright metal; sheet metal; bumpers; ornamental moldings; welds; emissions systems; catalytic converters; spark plugs and wires; glow plugs; wheel balancing; hoses; belts; wiper blades; restraint belts; hydraulic suspension control systems; struts; bearings, mounts, and housing; shock absorbers; interior and exterior trim items; carburetor; throttle body assembly; body seals and gaskets; plastic and framing.

2. Parts, items, and conditions listed in What is Not Covered section of this Contract.

**\*Seals and gaskets are only covered if needed in conjunction with a covered repair.**

**••OPTIONAL COVERAGES••**

The following optional coverages are included only if selected and an additional charge has been paid as shown on the REGISTRATION PAGE. Unless the REGISTRATION PAGE indicates that one or more of the following optional COVERAGES was purchased, the components and coverages listed below are also excluded:

**COMMERCIAL/RIDESHARE COVERAGE**: DKP Administration, Inc., has extended Our Vehicle Service Contract program to include rideshare drivers, including Uber and Lyft drivers, and their vehicles.

*COMMERCIAL VEHICLES*

1. This CONTRACT may be available for certain types of COMMERCIAL VEHICLES if: (a) the VEHICLE is not rated over one (1) ton payload capacity and (b) the appropriate surcharge is paid at time of CONTRACT purchase.

2. Only the following commercial applications are eligible for coverage under this Contract: delivery, messenger, route sales or services, inspections/examinations, maintenance or repair, gardening, and carrying hand tools to the job site.

3. COMMERCIAL VEHICLES are required to follow all original manufacturer's severe service scheduled maintenance and must not exceed maximum towing/load capacities. For specific information, consult YOUR owner's manual or a dealer who sells the make of YOUR VEHICLE.

4. VEHICLES used in any commercial manner not provided in above are not eligible for COVERAGE. Commercial uses not eligible for coverage include but are not limited to, taxi, limousine, shuttle, police or other emergency use, security service or any law enforcement agency, snow plowing, towing.

5. Any VEHICLE used as a rental or loaner is not eligible for coverage.

6. VEHICLES rated over one-ton payload capacity and fleet VEHICLES are not eligible for

COVERAGE.

**ENHANCED LABOR RATE OPTION**: If *YOU* have selected and paid an additional charge for the ENHANCED LABOR RATE OPTION as shown on *YOUR* CONTRACT REGISTRATION PAGE, the maximum payable repair facility labor rate of One Hundred and Twenty-Five Dollars ($125.00) per hour set forth in this CONTRACT shall not apply, and the ADMINISTRATOR will authorize repairs for covered MECHANICAL BREAKDOWN or FAILURE based upon the REPAIR FACILITY's posted labor rate, *NOT* to exceed Two Hundred and Twenty-Five Dollars ($225.00) per hour.

**LUXURY ELECTRONICS PACKAGE (LEP):** The following specifically named VEHICLE Manufacturer/Factory installed parts are covered: Radio/GPS/Navigation Components; integrated radio/GPS; Liquid Crystal Display (LCD) Screens; DVD Players; Rearview Backup Camera and Sensors; Voice Activation Systems; Standalone seat heaters not integrated in upholstery; Sunroof and Convertible Top Motors. COVERAGE, if purchased, is limited to either one (1) replacement or one (1) repair per component for the life of the Contract and not to exceed five hundred dollars ($500.00).

The above LEP COVERAGE is limited only to FAILURES of the "base unit" and does not cover any remote controls, hand-held controls, wiring, game cartridges, headphones, DVD's, MP3 Players, programming, or any other non-listed parts for the covered LEP items above. Any aftermarket components are specifically excluded from coverage.

## ADDITIONAL PERSONAL PROTECTION AND ROAD SERVICE BENEFITS

The following ADDITIONAL BENEFITS **for YOUR covered VEHICLE** are provided with YOUR CONTRACT, except where prohibited by law. These benefits *do not apply* during the WAITING PERIOD:

1. **Towing Benefit**: In the event of a Breakdown covered by this Service Contract, We will pay or reimburse You for receipted towing expenses up to one hundred dollars ($100) per occurrence. Any payment shall be for actual towing charges in excess of applicable reimbursement from the manufacturer or any other towing coverage.

2. **Rental Benefit/Alternate Transportation Reimbursement:** In the event of a Breakdown covered by this Service Contract, We will pay or reimburse You for receipted expenses to rent a replacement vehicle (from a licensed rental agency where You are listed as the primary signee or an additional driver), licensed taxi, on-demand ridesharing, or for alternate public transportation while Your Vehicle is at a Licensed Repair Facility. Coverage will be provided to You up to a maximum of thirty-five dollars ($35) for every eight (8) labor hours, or portion thereof, of applicable labor time required to complete the repair, up to a maximum of one hundred seventy-five dollars ($175) for each repair visit. In addition, a maximum of four (4) additional days of rental coverage are available for part(s) delays and/or Vehicle inspection requested by the Administrator.

3. **Trip Interruption**: In the event a Breakdown covered by this Service Contract occurs more than one hundred (100) miles from Your home and results in a Licensed Repair Facility keeping Your Vehicle overnight, We will reimburse You for receipted motel and restaurant expenses, up to one hundred twenty-five dollars ($125) per day for a maximum of three (3) days for a total benefit per occurrence of three hundred seventy-five dollars ($375). You are responsible for any amounts exceeding the per occurrence limit.

4. **Road Service Benefit**: In the event Your Vehicle becomes disabled and requires on-site assistance (from a Licensed Repair Facility) for vehicle extrication, fuel or fluid delivery, or battery boost/jump, We will reimburse You for receipted expenses (excluding the cost of fluids or fuel expense) up to a maximum of one hundred dollars ($100) per occurrence. This benefit

excludes towing.

In the event You require road service benefits listed under this section, contact the road service benefits administrator at 1 (800) 618-4598 for prior approval.

## GENERAL PROVISIONS

This Service Contract is between You and Us, and is subject to all the terms and conditions contained herein:

### Service Contract Coverage Period:

Coverage begins at the later of thirty (30) days after the Service Contract Purchase Date AND one thousand (1,000) miles after the Odometer Reading at Purchase Date and shall continue to be in effect until the Service Contract is terminated, cancelled, voided or when either the Vehicle's odometer registers the mileage indicated on the Registration Page as "Expiration Mileage" or the date listed as "Expiration Date," whichever occurs first.

We reserve the right to refuse, cancel, terminate, or void any Service Contract which does not meet Our underwriting guidelines, is submitted with insufficient payment, or if You make a material misrepresentation in obtaining this Service Contract or in the submission of a Claim.

In the event the Purchase Price of Your Service Contract is being paid through a Payment Plan (or its equivalent) which is terminated for non-payment, the Term and Mileage Limit of this Service Contract will be modified to reflect the portion of the Service Contract that You have paid for. The modified Term and Mileage Limit of the Service Contract will be calculated on a pro-rata basis by adding the time and mileage that You have paid for to the Service Contract Purchase Date and Your Vehicle Current Odometer as listed on the Registration Page. You may contact the Administrator to obtain the modified Term and Mileage Limits.

### Coverage Provided:

We will reimburse You or a Licensed Repair Facility for the costs to repair or replace Covered Parts that fail due to a Breakdown, less any applicable Deductible. Labor fees are reimbursed according to a nationally recognized labor guide and subject to a maximum per hour rate not to exceed the limit stated in GENERAL PROVISIONS - Limit of Liability. Replacement parts may be new, remanufactured, or of like kind and quality. Reimbursement is based on the Manufacturer's Suggested Repair Price for parts and the labor is based on a nationally recognized labor manual.

### Territory:

This Service Contract applies only to Mechanical Breakdowns that occur in the United States or Canada.

### Limit of Liability:

1. **Per Incident:** Liability shall be limited to the reasonable price for repair or replacement of any Covered Part, not to exceed the manufacturer's suggested retail price. The reasonable price is based upon nationally recognized flat rate and/or factory manuals. In no event will the liability for each Mechanical Breakdown covered under this Service Contract exceed the Wholesale trade-in allowance of Your Vehicle established by the current NADA Official Used Car Guide at the time of Mechanical Breakdown.

2. **Aggregate**: The aggregate limit of liability of all benefits payable shall never exceed the Actual Cash Value (ACV) of Your Vehicle or Fifty Thousand Dollars ($50,000), whichever amount is less.

Unless You transfer or cancel under the provisions outlined in this Contract, services provided under this Contract will terminate when You sell Your Vehicle, and no further Claims can be made against

Us.

Once the maximum limit of liability has been reached, this Service Contract, its transfer and cancellation rights terminate, and no further Claims can be made against Us. We will not be liable to You for consequential damages or injuries, nor for any costs or expenses that provide betterment, upgrade, or enhancement to Your Vehicle. This limit of liability applies regardless of the cause and regardless of the legal theory asserted. There are no warranties that extend beyond the description on the face hereof. The warranties of merchantability and fitness for a particular purpose are expressly excluded and disclaimed.

**Deductible:** In the event of a Breakdown covered by this Service Contract, You are required to pay a Deductible, as shown on the Registration Page, per repair for covered Breakdowns.

**Right of Removal**: In the event of any dispute between Us and the Licensed Repair Facility, We shall have the right, with Your permission, to move the Vehicle to a Licensed Repair Facility of Our choice.

**Subrogation:** In the event that Coverage is provided under this Service Contract, We shall be subrogated to all the rights You may have to recover against any person or organization arising out of any safety defect which is the subject of a voluntary or mandatory recall campaign, as well as out of any order, judgment, consent decree, or other settlement. You shall execute and deliver instruments and papers and do whatever is necessary to secure such rights. You shall do nothing to prejudice those rights. Further, all amounts recovered by You for which You have received benefits under this Service Contract shall belong to, and be paid to Us, up to the amount of benefits paid under this Service Contract. **Manufacturer's Statement:** If the term of this Service Contract overlaps with the term of Your Manufacturer's Warranty, look first to Your Manufacturer's Warranty for coverage. This Service Contract excludes coverage for any loss covered by Your Manufacturer's Warranty but may nevertheless provide benefits in addition to those provided by Your Manufacturer's Warranty.

**Labor Rate:** Unless the Enhanced Labor Rate Option is purchased, the maximum hourly rate to be paid on any covered repair will be determined based on average REPAIR FACILITY labor rate for the zip code area and VEHICLE type as determined by the ADMINISTRATOR, but not to exceed One Hundred and Twenty-Five Dollars ($125.00) per hour. Unless the Enhanced Labor Rate Surcharge Option has been selected on the Registration Page, any labor charges over One Hundred and Twenty-Five Dollars ($125.00) per hour will be *YOUR* responsibility in the event the repair facility will not accept Our allowed labor rate and *YOU* choose to have repairs made at that repair facility.

## HOW TO TRANSFER THIS CONTRACT

Your Service Contract may be transferable to someone to whom You sell or otherwise transfer Your Vehicle while this Service Contract is still in force. This Service Contract cannot be transferred if the title transfer of Your Vehicle passes through an entity other than the subsequent buyer, or Your Vehicle is sold or traded to a dealership, leasing agency or entity/individual in the business of selling vehicles. This Service Contract can only be transferred once, and the transfer must be initiated by the original Service Contract Purchaser. In order to transfer the Service Contract, the following must be submitted to the Administrator within thirty (30) days of the change of ownership to the subsequent individual purchaser:

- A completed transfer application form signed by You and the purchaser of Your Vehicle. (Contact the Administrator to obtain a copy of the transfer application form).

- A Seventy-Five Dollar ($75) transfer fee made payable to the Administrator (For Florida residents only, the transfer fee is forty dollars ($40); and

- Copies of all Your maintenance and service receipts for the Vehicle as required in YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE

**Forward all required documentation to the Administrator at the address shown in the Agreement Section of this Contract. Any Manufacturer's Warranty must also be transferred at the same time as Vehicle ownership transfer.**

**<u>NOTE:</u> The term and/or coverage under some vehicle manufacturer's warranties are reduced upon transfer to a subsequent vehicle owner. Breakdowns to components covered by the manufacturer during the term of the original Manufacturer's Warranty are not covered under this Service Contract regardless of transfer. Copies of all maintenance records and original receipts showing actual oil changes and manufacturer's recommended maintenance must be given to the new owner and provided to the Administrator at the time of submission of the transfer request. These maintenance records must be retained along with similar documentation for future maintenance work that the new owner has performed in accordance with <u>YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE.</u> If these requirements are not met, the Administrator has the right to deny transfer of this Service Contract.**

## HOW TO CANCEL THIS CONTRACT

**<u>BY You:</u>** You may cancel this Service Contract at any time by returning it to the Seller or directly to Us to complete and sign a cancellation form or by mailing written notice to Us of Your desire to cancel the Service Contract with the following information: 1. Your name and address, 2. Your VIN, 3. Your Contract number, 4. Your odometer reading at the time of Your cancellation.

Your request for cancellation must be made to Us no later than forty-five (45) days of the date that the cancellation is to be effective.

**<u>BY Us</u>**: After this Service Contract has been in force for more than thirty (30) days, We may cancel this Service Contract only for: Non-payment of the Service Contract purchase price, Intentional misrepresentation in obtaining the Service Contract, Intentional misrepresentation in the submission of a Claim; or Discovery of an act or omission by You or a violation of any of the conditions of this Service Contract which occurs after the purchase date of this Service Contract and which substantially and materially increases the service required under this Service Contract.

We may cancel this Service Contract by mailing written notice to You at Your last known address at least ten (10) days prior to the effective date of cancellation with the reason for the cancellation in the notice.

**<u>Refund Calculation</u>**: If this Contract is cancelled within the first sixty (60) days and no Claim has been made under this Service Contract, the Service Contract will be void and We will refund to You the full amount of money paid by You. This right to void the Service Contract is not transferable and applies only to the original Service Contract Holder. If the purchase price of Your Service Contract has been paid in full at the time of Your cancellation request and You cancel this Service Contract after the first sixty (60) days or if a Claim has been authorized or paid, You will be refunded a pro-rated amount of the Service Contract Purchase Price, based on the lesser of the months or miles remaining, less any Claims paid on the Service Contract where applicable by law. An administrative fee of fifty dollars ($50.00) will be deducted from the cancellation refund. In the event of a cancellation due to repossession only, Claims paid shall not be deducted from any cancellation refund due. In the event Your Service Contract is cancelled for non-payment, You forfeit all refund rights under this Service Contract. If We cancel this Contract and no Claim has been paid, You will receive a full refund of the full amount of money paid by You. No cancellation fee will apply in the event We cancel this Contract.

**<u>Limited Rights of Lienholder:</u>** If We have notice of a Finance Company and a Discharge of Lien is not provided, payments made will apply only to Your Service Contract, not Your Vehicle. The Lienholder shown on the Registration Page may cancel Your Service Contract in the event of Your non-payment of the Service Contract charge.

If the purchase price of Your Service Contract has not been paid in full at the time of Your cancellation request, any refund due may be fully or partially paid to the Lienholder or other party responsible for collecting payment on Your Service Contract, as listed on the Registration Page, or any separate payment plan agreement entered into at the time of purchase.

**NOTE**: We agree to pay on behalf of the Seller, the unearned refund based on consideration received from the Seller. The Seller agrees to pay the unearned portion of the commission originated from the sale of this Agreement. Neither the Seller's Administrator, claims service, nor the Seller's insurer can be held liable for return of the Seller's commission or any part thereof as paid under this Agreement.

These Cancellation Provisions apply to the original Service Contract Purchaser. Service Contracts that have been transferred are not eligible for cancellation.

## INELIGIBLE VEHICLES

The following vehicles are ineligible under this Contract:

1. Any vehicle that is older than the current calendar year minus eight (8) years or the Current Odometer Reading shown on the Registration Page of this Contract exceeds sixty thousand (60,000) miles at the time of Contract purchase.

2. Any imported vehicle that does not meet U.S. federal motor vehicle standards.

3. Any vehicle that has the following characteristics: dump bed, incomplete vehicles, or vehicles that have special bodies designed for commercial use.

4. Any vehicle equipped with a snowplow or suspension/tire modification.

5. Any vehicle that has powertrain modifications, or performance enhancing add-on parts.

A. Any vehicle that is or will be used/equipped or identified as: competitive driving or racing, driven at an excessive speed on a racetrack, vehicles used for municipal or professional emergency or police services, taxi, or vehicles used for hire to the public or to transport people for hire except for personal vehicles used by single driver for on-demand ridesharing services. (UNLESS COMMERCIAL/RIDESHARE SURCHARGE APPLIED)

6. Any vehicle that was reconstructed from salvage, declared a total loss, flood damaged, manufacturer buyback, declared a lemon, or if the original manufacturer's warranty was voided for any reason.

## WHAT IS NOT COVERED BY THIS SERVICE CONTRACT

THIS SERVICE CONTRACT DOES NOT PROVIDE COVERAGE:

### NON-COVERED PARTS:

ANY OF THE FOLLOWING PARTS: CARBURETOR, THROTTLE BODY, BATTERY, BATTERY CABLES, SHOCK ABSORBERS, STRUTS, MANUAL AND HYDRAULIC LINKAGES, DISTRIBUTOR CAP AND ROTOR, WIRES, SAFETY RESTRAINT SYSTEMS (INCLUDING AIR BAGS), GLASS, FUSES, CIRCUIT BREAKERS, TELEPHONES, TELEVISION/DVD PLAYER, ELECTRONIC AND SATELLITE TRANSMITTING/RECEIVING DEVICES, BRAKE ROTORS AND DRUMS, EXHAUST SYSTEM, EVAPORATIVE AND EXHAUST EMISSION SYSTEMS, OXYGEN SENSORS, NAVIGATIONAL SYSTEM UPDATES AND DISCS, WEATHER STRIPPING, TRIM, MOLDINGS, BRIGHT METAL, CHROME, UPHOLSTERY, CARPET, ZIPPERS; NUTS, BOLTS, AND FASTENERS; CUP HOLDERS, DASH PAD AND VENTS, SEAT FRAME, SEAT FRAME RECLINER MECHANISM, PAINT, OUTSIDE ORNAMENTATION, INSIDE AND OUTSIDE DOOR HANDLES, MIRRORS, HINGES, LIFTGATE AND HOOD SUPPORTS, HUB CAPS/WHEEL COVERS, BUMPERS, BODY SHEET METAL AND PANELS, BODY PARTS, FRAME AND ENGINE

CRADLES, BODY MOUNTS, MOUNTING BRACKETS AND STRUCTURAL BODY PARTS, VINYL AND CONVERTIBLE TOPS, TIRES, WHEELS/RIMS, NEAR OBJECT AVOIDANCE SYSTEMS, SPEAKERS AND WIRING, VOICE RECOGNITION SYSTEMS, PERIMETER WARNING SYSTEMS OR ANY PART THEREOF, INFRARED SYSTEMS OR ANY PART THEREOF; MANUAL AND HYDRAULIC CLUTCH ASSEMBLY SUCH AS, BUT NOT LIMITED TO: MANUAL CLUTCH PEDAL, CLUTCH DISC, PRESSURE PLATE, PILOT BEARING, CLUTCH MASTER AND SLAVE CYLINDER AND THROW-OUT BEARING. ANY COMPONENT THAT ITS ONLY PURPOSE IS FOR ILLUMINATION SUCH AS BUT NOT LIMITED TO: SEALED BEAMS; HIGH-INTENSITY DISCHARGE (XEON) HEADLAMPS, LEDs, LIGHT BULBS, HEAD LAMP, PROJECTION LAMP ASSEMBLIES AND LENSES.

### SCHEDULED MAINTENANCE SERVICE AND ADJUSTMENTS:

MAINTENANCE SERVICES AND PARTS RECOMMENDED IN THE VEHICLE MANUFACTURER'S MAINTENANCE SCHEDULE, UNLESS REQUIRED IN CONJUNCTION WITH A COVERED REPAIR. THE FOLLOWING ARE NOT COVERED UNDER THIS AGREEMENT: MECHANICAL ADJUSTMENTS, FILTERS, LUBRICANTS, COOLANTS, FLUIDS, REFRIGERANTS AND THE SERVICE OPERATIONS NECESSARY TO REPLACE THEM. OTHER NORMAL MAINTENANCE SERVICES AND PARTS, INCLUDING, BUT NOT LIMITED TO: ALIGNMENTS, WHEEL BALANCE, TUNE-UPS, SPARK PLUGS, SPARK PLUG WIRES, GLOW PLUGS, HOSES, BELTS, BRAKE PADS, BRAKE LININGS, BRAKE SHOES, WIPER BLADES, SQUEAKS AND RATTLES, WATER LEAKS, WIND NOISE AND THERMOSTAT ARE NOT COVERED.

### NON-COVERED CONDITIONS:

1. WHEN REPAIRS ARE PERFORMED WITHOUT PRIOR AUTHORIZATION FROM THE ADMINISTRATOR, EXCEPT FOR EMERGENCY REPAIRS COMPLETED IN CONFORMITY WITH THE PROVISIONS AND SUBJECT TO THE LIMITATIONS SET FORTH HEREIN.

2. CAUSED BY A LACK OF MAINTENANCE OR MAINTENANCE ITEMS SUCH AS, BUT NOT LIMITED TO, CONSTANT VELOCITY JOINT BOOTS, TIMING BELT, BRAKE PADS OR SHOES, FILTERS, OIL AND OTHER FLUID CHANGES.

3. CAUSED BY ACTS OF NATURE, OR BY ANY EXTERNAL CAUSE SUCH AS, BUT NOT LIMITED TO: COLLISION, FIRE OR SMOKE, THEFT, FREEZING, VANDALISM, RIOT OR EXPLOSION, TERRORISM, LIGHTNING, EARTHQUAKE, WINDSTORM, HAIL, VOLCANIC ERUPTION, WATER OR FLOOD, BREAKAGE OF GLASS, FALLING OBJECTS, OR NUCLEAR CONTAMINATION.

4. OF ANY OTHERWISE COVERED PART THAT DID NOT MEET MANUFACTURER'S SPECIFICATIONS, INCLUDING MODIFICATIONS AND/OR ALTERATIONS TO THE VEHICLE; MECHANICAL BREAKDOWN OR FAILURE OF ANY OTHERWISE COVERED PART THAT IS DIRECTLY OR INDIRECTLY RELATED TO A PART OR SYSTEM THAT DID NOT MEET MANUFACTURER'S SPECIFICATION OR HAS BEEN OTHERWISE MODIFIED OR ALTERED, SUCH PARTS AND MODIFICATIONS INCLUDE BUT ARE NOT LIMITED TO: HEADERS, ALTERED IGNITION SYSTEM, ALTERED ENGINE MANAGEMENT SYSTEMS, FREE FLOW EXHAUST SYSTEM, AFTERMARKET SUNROOFS, AFTER MARKET ALARM SYSTEMS, SNOW PLOWS, OVERSIZED OR UNDERSIZED TIRES, WHEELS OR LIFT AND DROP KITS, WHETHER OR NOT THE VEHICLE WAS PURCHASED WITH SUCH;

5. IF YOUR VEHICLE IS USED FOR: RACING ON OR OFF ROAD, IN A COMPETITION OR SPEED CONTEST, OR DRIVEN ON A RACETRACK.

6. IF YOUR VEHICLE IS USED FOR TOWING IN EXCESS OF TWO THOUSAND (2,000) POUNDS UNLESS EQUIPPED WITH A FACTORY APPROVED TOWING KIT AND AUXILIARY TRANSMISSION COOLER, AND THE WEIGHT OF THE TRAILER DOES NOT EXCEED THE VEHICLE MANUFACTURER'S TOWING SPECIFICATION.

7.  IF YOUR VEHICLE IS USED FOR BUSINESS OR COMMERCIAL USE SUCH AS BUT NOT LIMITED TO: RENTAL, TAXI, LIMOUSINE OR SHUTTLE SERVICES, RIDE SHARE ENTERPRISES, DELIVERY, TOWING, ROAD REPAIR OPERATIONS, CONSTRUCTION, JOB SITE ACTIVITIES, HAULING, POLICE OR EMERGENCY SERVICE, PRINCIPALLY OFF-ROAD USE, RACING OR COMPETITIVE DRIVING, SNOW REMOVAL, ROUTE WORK, SERVICE OR REPAIR WORK, OR ANY USE INVOLVING REGULAR MULTIPLE DRIVERS. (UNLESS COMMERCIAL/RIDESHARE SURCHARGE APPLIED)

8.  OF ANY PART(S), COMPONENT(S), OR REPAIR(S) STATED AS COVERED BY THE MANUFACTURER'S FULL, ORIGINAL OWNER/FIRST RETAIL PURCHASER WARRANTY FOR THE TERM AND MILEAGE OF SUCH COVERAGE TO THE ORIGINAL OWNER/ FIRST RETAIL PURCHASER, WHETHER COLLECTIBLE OR NOT, OR CONTINUING MANUFACTURER'S WARRANTY COVERAGE THAT IS TRANFERABLE TO SUBSEQUENT OWNER WHETHER TRANSFERRED OR NOT.

9.  IF THE COVERED PART IS COVERED BY A MANUFACTURER'S WARRANTY, REPAIRER'S GUARANTEE, OR OTHER SERVICE CONTRACT, OR INSURANCE POLICY OF ANY TYPE THEN SUCH WARRANTY, SERVICE CONTRACT OR INSURANCE SHALL BE PRIMARY AND COVERAGE UNDER THIS CONTRACT SHALL BE SECONDARY.

10. RELATED TO OPTIONAL COVERAGES OR EQUIPMENT AND/OR USE FOR WHICH A SURCHARGE IS APPLICABLE, UNLESS SUCH SURCHARGE HAS BEEN PAID AND IS NOTED ON THE REGISTRATION PAGE.

11. IF IT IS DETERMINED THAT THE ODOMETER IS INACCURATE, HAS EVER BEEN INOPERATIVE, OR HAS BEEN ALTERED SUCH THAT THE VEHICLE'S TRUE MILEAGE CANNOT BE VERIFIED.

12. THAT IS THE RESULT OF A DEFECT THAT THE VEHICLE MANUFACTURER HAS ANNOUNCED AS THEIR RESPONSIBILITY BY A PUBLIC RECALL, TECHNICAL SERVICE BULLETIN AND/OR SPECIAL POLICY FOR THE PURPOSE OF CORRECTING SUCH A DEFECT.

13. DUE TO CONTINUED OPERATION AND FAILURE TO PROTECT THE VEHICLE FROM FURTHER DAMAGE ONCE A MECHANICAL BREAKDOWN OR FAILURE HAS OCCURRED.

14. OF A COVERED PART DAMAGED BY A NON-COVERED PART, OR OF A NON-COVERED PART DAMAGED BY A COVERED PART.

15. CAUSED BY MISUSE, ABUSE, NEGLIGENCE, INCORRECT COMPUTER PROGRAMMING, EXTERNAL NUTS, BOLTS, FASTENERS, CONTAMINATION OF COOLANT, FUEL, FLUIDS OR LUBRICANTS.

16. RESULTING FROM OVERHEAT, ENGINE SLUDGE, CARBON, PRE-IGNITION, DETONATION, VARNISH, RUST, CORROSION, FOREIGN OBJECTS, DIRT, DUST, LIQUID, CRACKED RUBBER / NEOPRENE PARTS, DRY-ROT, ROAD CHEMICALS, ABUSE, ALTERATION, OR LACK OF PROPER AND NECESSARY AMOUNTS OF COOLANT, FUEL, FLUIDS OR LUBRICANTS.

17. PRE-EXISTING CONDITIONS THAT EXISTED PRIOR TO THE LATER OF YOUR CONTRACT PURCHASE DATE OR CONTRACT EFFECTIVE DATE AS LISTED ON YOUR REGISTRATION PAGE AND THE COMPLETION OF YOUR WATING PERIOD.

18. THAT OCCURRED OR IS REPORTED AFTER YOUR CONTRACT EXPIRATION OR CANCELLATION EFFECTIVE DATE.

19. FOR REPAIR OR REPLACEMENT OF HYBRID ENGINE POWERED VEHICLE BATTERIES OR FOR THE REPAIR OR REPLACEMENT OF PARTS ASSOCIATED WITH HYBRID ENGINE

POWERED VEHICLE BATTERIES.

20. THAT OCCURS AS TO GRADUAL LOSS OF PERFORMANCE AND HAS RESULTED FROM NORMAL OPERATION AND USE (DUE TO VEHICLE MILEAGE AND/OR AGE) SUCH AS, BUT NOT LIMITED TO: VALVE GUIDES, VALVES, PISTON RINGS, TRANSMISSION CLUTCH PACK DISCS AND BANDS. UNLESS WORN BEYOND MANUFACTURER TOLERANCES.

21. FOR NORMAL EXPANSION/CONTRACTION SEEPAGE OF SEALS AND GASKETS DUE TO AGE/MILEAGE.

22. WHEN THE MANUFACTURER'S NEW VEHICLE WARRANTY HAS BEEN DETERMINED NULL AND VOID BY THE MANUFACTURER.

23. STORAGE AND FREIGHT CHARGES.

24. REPAIRS NECESSITATED BY AN IMPROPER PRIOR REPAIR.

25. THE COST OF DIAGNOSIS, TEARDOWN, DISASSEMBLY OR ASSEMBLY IF A COVERED MECHANICAL BREAKDOWN OR FAILURE CANNOT BE VERIFIED BY THE ADMINISTRATOR.

26. ANY ADJUSTMENTS, REPOSITIONING, REFITTING, REALIGNING AND/OR CLEANING, INCLUDING BUT NOT LIMITED TO REPAIRS NECESSARY TO CORRECT: TRIM FIT, SQUEAKS, RATTLES, IDLE, WATER LEAKS OR WIND NOISE.

27. REPAIRS IF YOUR VEHICLE IS: A NON-U.S. SPECIFICATION MODEL, IS RATED OVER ONE TON PAYLOAD CAPACITY, IS A LEMON LAW BUYBACK VEHICLE, IS A GREY MARKET VEHICLE OR HAS EVER HAD A TITLE INDICATION OF SALVAGE, JUNK, BRANDED OR OTHER DESIGNATION INDICATING THAT THE VEHICLE HAD BEEN STOLEN, WRECKED, DESTROYED, WATER DAMAGED, OR OTHERWISE DAMAGED TO THE EXTENT THAT IT WAS CONSIDERED TO BE UNECONOMICAL TO REPAIR.

28. NORMAL MAINTENANCE ITEMS, PARTS, AND PROCEDURES SUCH AS, BUT NOT LIMITED TO: ENGINE TUNE-UPS, OIL CHANGES, BRAKE PADS AND SHOES, FUSES AND FUSABLE LINKS, FUSE BOXES, COMPUTER PROGRAMMING, WHEEL, OR SUSPENSION ALIGNMENT, FASTENING HARDWARE (EXTERNAL NUTS, BOLTS, SPRINGS, BRACKETS, ETC.), INJECTOR CLEANING, SHOP SUPPLIES, DISPOSAL FEES AND OTHER MISCELLANEOUS SHOP CHARGES.

29. LUBRICANTS, COOLANTS AND FLUIDS UNLESS REQUIRED IN CONNECTION WITH A COVERED REPAIR.

30. ANY PART THAT HAS NOT BROKEN OR FAILED, BUT FOR WHICH A REPAIR FACILITY RECOMMENDS OR REQUIRES REPAIR OR REPLACEMENT.

31. THE REPAIR OR REPLACEMENT OF VALVES AND/OR PISTON RINGS FOR THE PURPOSE OF RAISING THE ENGINE'S COMPRESSION OR CORRECTING OIL CONSUMPTION, STICKING OR STUCK RINGS, WHEN MECHANICAL BREAKDOWN OR FAILURE HAS NOT OCCURRED, INCLUDING WHEN SUCH CONDITION RESULTS FROM EXCESSIVE CARBON BUILD-UP.

32. ANY REPAIR IF VERIFIABLE RECEIPTS ARE REQUIRED. VEHICLE MAINTENANCE REQUIREMENTS ARE NOT PROVIDED IF REQUESTED BY THE ADMINISTRATOR.

33. ANY COMPONENTS, PARTS OR COSTS INVOLVED WITH UPDATING, BETTERMENT, OR RETROFITTING OF COVERED COMPONENTS OR SYSTEMS OF YOUR VEHICLE FOR ANY REASON INCLUDING BUT NOT LIMITED TO: PRODUCT CHANGES, LACK OF PRODUCT AVAILABILITY, OR GOVERNMENT REGULATIONS.

34. REPAIRS TO CURE FLUID/OIL LUBRICANT SEEPAGE.

35. SHOP SUPPLIES AND HAZARDOUS WASTE REMOVAL ARE EXCLUDED.

36. RETROFITS OR REPLACEMENTS OF ANY COMPONENTS CAUSED BY OR DUE TO COMPLIANCE WITH LAW OR LEGISLATION AND INCLUDING EMISSION CONTROL EQUIPMENT AND SENSORS ARE EXCLUDED;

37. IF IT IS DISCOVERED THAT A CONTRACT IS ERRANTLY SOLD TO YOU ON AN INELIGIBLE VEHICLE, THEN A FULL REFUND OF THE COST OF THE CONTRACT SHALL BE MADE TO YOU.

38. LOSS OF TIME, INCONVENIENCE, DAMAGE TO PROPERTY OR OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGE THAT RESULTS FROM VEHICLE THEFT, MECHANICAL BREAKDOWN OR FAILURE, AND INJURY AND/OR DEATH OF ANY PERSON REGARDLESS OF IF THE DAMAGE OR INJURY WAS CAUSED BY YOUR VEHICLE OR ITS PARTS EITHER BEFORE OR AFTER REPAIRS HAVE BEEN MADE.

39. VEHICLES NOT INCLUDED IN ADMINISTRATOR'S RATE AND CLASS GUIDES, INCLUDING BUT NOT LIMITED TO MOTOR HOMES, MOTORCYCLES, RECREATIONAL VEHICLES, VEHICLES USED FOR AGRICULTURAL PURPOSES, EXOTIC VEHICLES, VEHICLES EQUIPPED WITH A SNOWPLOW, BRACKET AND/OR CONTROLS ARE NOT ELIGIBLE FOR COVERAGE UNDER THIS CONTRACT.

40. FAILURES TO THE AIR BAGS, SEAT BELTS OR SUPPLEMENTAL RESTRAINT SYSTEMS.

## YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE

**Maintenance Requirements and Service History**: You must have Your Vehicle checked and serviced in accordance with the manufacturer's recommendations, as outlined in the Vehicle Owner's Manual for Your Vehicle.

**NOTE:** Your Vehicle Owner's Manual lists different servicing recommendations based on Your individual driving habits and climate conditions. You are required to follow the normal or severe maintenance schedule that applies to Your conditions. Failure to follow the manufacturer's recommendations that apply to Your specific conditions may result in the denial of Coverage.

It is required that You retain "Proof" of maintenance for the service and/or repair work performed on Your Vehicle, regardless of if the work was performed by You or a Licensed Repair Facility. "Proof" means repair orders from a Licensed Repair Facility and/or a self-maintained maintenance log that has corresponding "purchase receipts" for oil, filter, coolant, brake system flush, etc. The "purchase receipts" that do not reflect a date within two (2) weeks of the service date is not acceptable. A self-maintained log without corresponding "purchase receipts" is not acceptable as "Proof" of maintenance.

Repair orders from a Licensed Repair Facility must be readable and understandable, with customer complaint and repair diagnosis, parts, labor hours, Vehicle identification number, date, Vehicle mileage, Your name and signature, repair facility name address and phone number, repair totals, Deductible (if applicable), and method of payment to satisfy the repair order. "Proof" of maintenance and/or Your self-maintained log, with corresponding original receipts, may be requested by the Administrator for related repairs.

## HOW TO FILE A CLAIM

You are responsible for all expenses and repair costs if the Breakdown is not covered under this Contract. If the Vehicle experiences a Breakdown, You are responsible to ensure that You and the Licensed Repair Facility follow the procedures to file a Claim:

1. **Prevent Further Damage** – Take immediate action to prevent further damage. This Service Contract will not cover the damage caused by not securing a timely repair of the failed

component. If You continue to operate Vehicle with mechanical failure (Continuous Operation) Contract will not cover failure or additional damage to Vehicle. You may take Your Vehicle to any Licensed Repair Facility of Your choice.

2. **Provide Evidence of Coverage** – Provide the Licensed Repair Facility with a copy of Your Service Contract and/or Your Service Contract number.

3. **Authorize Diagnosis** – You must authorize the Licensed Repair Facility to complete all work to accurately diagnose the cause of the Vehicle's Breakdown and provide Us with a complete estimate to include all part numbers and prices, labor involved, and any other charges required for the repairs. The Vehicle may require disassembly to diagnose the failure and complete the repair estimate. This Contract will cover reasonable diagnosis for covered repairs as provided by online labor time guides, Motors, All Data or Mitchell on Demand. The Licensed Repair Facility must save all parts, fluids, and filters, and must not clean any parts without Our authorization, You will be responsible for all charges if the Breakdown is not covered under this Contract. We reserve the right to inspect the Vehicle prior to authorizing any repair.

4. **Obtain Claim Payment Authorization from the Administrator** – Prior to any repair being made, instruct the service manager at the Licensed Repair Facility to obtain an authorization for the Claim. Any Claim for repairs made without prior authorization will not be covered except as provided under "Emergency Repairs".

   The amount authorized by the Administrator is the maximum amount that will be paid for any repairs covered under the terms of this Service Contract. If additional repairs are required after authorization is given, the Licensed Repair Facility must receive prior authorization from the Administrator before starting.

5. **Review Coverage** – After the Administrator has been contacted, review with the service manager what will be covered by this Service Contract.

6. **Authorize the Repair** –We will provide an authorization number and an authorized amount to the Licensed Repair Facility upon approval. Any charges that exceed the initial authorized amount must receive additional approval from Us or You will be responsible for those charges. We authorize payment for the repair, You must authorize the repair to be completed. You must not authorized repairs until We have issued an authorized number to the Licensed Repair Facility.

7. **Pay Any Applicable Deductible** – At Our election, We will pay the Licensed Repair Facility or reimburse You the amounts authorized by Us for repairs performed on Your Vehicle that are covered by this Service Contract, less any applicable Deductible, as shown in the Coverage Information section of the Registration Page.

8. **Submit the Completed Repair Order Within Thirty (30) Days** – Once authorization is obtained and the repair is completed, all repair orders must be submitted to the Administrator within thirty (30) days to be eligible for reimbursement.

9. **Emergency Repairs** – Should an emergency occur which requires a Breakdown repair to be made at a time when the Administrator's office is closed, You must call the Administrator's office the next business day after the date of repair to determine if such repair will be covered. If it is determined that the repair is to be covered by this Service Contract, You will be reimbursed for the repair. Reimbursement is based on the Manufacturer's Suggested Repair Price for Parts and the labor is based on a nationally recognized labor manual.

**NOTE:** Emergency repairs exceeding four hundred dollars ($400) in cost must always be preauthorized by the Administrator. You assume all liability for payment of repairs that are not authorized to the Licensed Repair Facility. Should the Claim be accepted, You will be reimbursed as specified in GENERAL PROVISIONS – Coverage Provided.

The toll-free number for Emergency Repairs outside of normal business hours is: 1 (800) 618-4598.

## ARBITRATION

READ THE FOLLOWING ARBITRATION PROVISION ("PROVISION") CAREFULLY. IT LIMITS CERTAIN OF YOUR RIGHTS, INCLUDING YOUR RIGHT TO OBTAIN RELIEF OR DAMAGES THROUGH COURT ACTION. To begin arbitration, either You or We must make a written demand to the other party for arbitration. The arbitration will take place before a single arbitrator. It will be administered in keeping with the Expedited Procedures of the Consumer Arbitration Rules ("Rules") of the American Arbitration Association ("AAA") in effect when the claim is filed. You may get a copy of the AAA Rules by contacting AAA at 1633 Broadway, 10th Floor, New York, NY 10019 or visiting www.adr.org. We will advance to You all or part of the fees of the AAA and of the arbitrator. Unless You and We agree otherwise, the arbitration will take place in Lynchburg, Virginia. The Federal Arbitration Act, 9 U.S.C. § 1, et seq., will govern and no state, local or other arbitration law will apply. You agree and understand that this arbitration provision means that You give up Your right to go to court on any claim covered by this provision. You also agree that any arbitration proceeding will only consider Your claims. Claims by, or on behalf of, other individuals will not be arbitrated in any proceeding that is considering Your claims. In the event this arbitration provision is not approved by the appropriate state regulatory agency, and/or is stricken, severed, or otherwise deemed unenforceable by a court of competent jurisdiction, You and We specifically agree to waive and forever give up the right to a trial by jury. Instead, in the event any litigation arises between You and Us, any such lawsuit will be tried before a judge, and a jury will not be impaneled or struck. While arbitration is mandatory, the outcome of any arbitration shall be non-binding on the parties, and either party shall, following arbitration, have the right to reject the arbitration award and bring suit in a court of competent jurisdiction. The arbitration action will take place in Lynchburg, Virginia.

## CLASS ACTION

Any Claim must be brought in the parties' individual capacity, and not as a plaintiff or class member in any purported class, collective, representative, multiple plaintiffs, or similar proceeding ("Class Action"). The parties expressly waive any ability to maintain any Class Action in any forum. An arbitrator shall not have authority to combine or aggregate similar Claims or conduct any Class Action nor make an award to any person or entity not a party to the arbitration. Any Claim that all or part of this Class Action Waiver is unenforceable, unconscionable, void, or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator.

THE PARTIES UNDERSTAND THAT THEY WOULD HAVE HAD A RIGHT TO LITIGATE THROUGH A COURT, TO HAVE A JUDGE OR JURY DECIDE THEIR CASE AND TO BE PARTY TO A CLASS OR REPRESENTATIVE ACTION, HOWEVER, THEY UNDERSTAND AND CHOOSE TO HAVE ANY CLAIMS DECIDED INDIVIDUALLY THROUGH ARBITRATION.

If You have any questions regarding these provisions, please call Us at 1 (800) 664-1825, or contact Us at:

DKP Administration, Inc.
Attention: Claims
4925 Boonsboro Road, Suite 238
Lynchburg, VA 24503

 **ENDURANCE**

**For Customer Service,
Please Call 866-432-4443**

Dear Endurance Customer,

Welcome to the Endurance Family! Your new vehicle service contract (VSC) comes with complimentary access to our *Endurance Elite Benefits* for the first 12 months of your active\* VSC. You're entitled to the benefits outlined below so long as your VSC remains active. When your contract nears expiration, we'll contact you via email and/or standard mail to provide you the opportunity to extend your benefits.

## Tire Road Hazard Program
In the event your tire(s) is damaged by a road hazard, you're eligible for a repair or replacement for up to 4 tire(s) or $600 for the life of the benefit.

## Key Replacement Program
In the event you damage, destroy, or lose your vehicle's key or remote, you're eligible for a repair or replacement key/key fob up to $500 under this benefit.

## Collision Discount Program
In the event you experience a car collision, you're eligible to receive up to $500 to cover expenses incurred above what is covered by the liable party's insurance carrier.

## Total Loss Protection Program
In the event a covered vehicle is declared a total loss, you're eligible to receive up to $1,000 towards the purchase or lease of a replacement vehicle with an actual cash value greater than or equal to the previous vehicle.

Please refer to your Endurance VSC contract and your *Elite Benefits* for complete coverage details. The Endurance VSC and Elite Benefits Bundle benefits include a 30-day, mandatory wait period before any claims or reimbursements can be filed. When requesting reimbursement consideration relating to your *Elite Benefits*, please submit all required documentation as outlined in your contract.

Sincerely,
**The Endurance Team**
866-432-4443

\*Active means your Endurance Vehicle Service Contract (VSC) is still in force and/or monthly payments are being made as agreed. All Elite Benefits are activated upon enrollment with a $29 non-refundable activation fee.

**PLAN NUMBER:**
**EEP:** **CDY83733649**

# ENDURANCE
## ELITE MEMBERSHIP

### DECLARATIONS PAGE

This **Membership** lasts for One (1) Year from the **Membership** Date. During the **Membership Term, You,** the **Member,** are entitled to the listed benefits, subject to the terms and conditions outlined herein.

| SELLER INFORMATION | | | |
|---|---|---|---|
| Seller Name | | | Phone |
| **ENDURANCE** | | | **(866) 432-4443** |
| Address | | City, State, Zip Code | |
| **400 SKOKIE BLVD SUITE 470** | | **NORTHBROOK, IL 60062** | |

| MEMBER INFORMATION | | | |
|---|---|---|---|
| Name | | Email Address | Phone |
| **MELISSA RUMPF** | | **mkjohanning@yahoo.com** | **7027161009** |
| Address | | City, State, Zip Code | |
| **4000 S BROADWAY AVE APT 113** | | **FLOWER MOUND, TX 75028** | |

| COVERED VEHICLE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Year | Make | Model | New | Used | Membership Date | |
| **2016** | **GMC** | **ACADIA** | ☐ | ☒ | **06/14/24** | |
| Vehicle Identification Number (VIN) | | Current Mileage | | Vehicle Purchase Price | | |
| **1GKKRTKD9GJ232685** | | **53,396** | | | | |

| LENDER/FINANCING INFORMATION | | | |
|---|---|---|---|
| Lender Name | Address **10 S. LASALLE ST, SUITE 2310** | | Phone |
| **MEPCO** | **CHICAGO, IL 60603** | | **(800) 397-6767** |

| MEMBERSHIP INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| Term | 1 Year | Max. Benefit | $2,500 | Purchase Price | $0.00 | Deductible | $0.00 |

### WHAT YOU MUST DO TO KEEP THIS MEMBERSHIP IN EFFECT

**You,** as the owner of the **Vehicle** and **Member** under this **Membership**, are required to maintain physical damage insurance on the **Covered Vehicle** for the full duration of the **Membership Term.** Additionally, **You** must make every effort to maintain the **Covered Vehicle** in accordance with the manufacturer's recommendations and take every reasonable precaution to avoid damage to the **Covered Vehicle**.

### HOW LONG DOES THIS MEMBERSHIP LAST

This **Membership** beings on the **Membership** Date listed on the Declarations Page under the **COVERED VEHICLE INFORMATION** section and continues, without lapse, for the full length of the **Membership Term**.

### WHAT BENEFITS DOES THIS MEMBERSHIP OFFER

During the **Membership Term,** the following coverage is afforded to **You** to protect the value of the **Covered Vehicle:**

**Tire Road Hazard Program:** If **Your** tires become **Unserviceable** due to a **Road Hazard**, **We** agree to reimburse **You** for the **Reasonable Cost** to repair or replace the damaged tire up to one hundred and fifty dollars ($150.00).

**Collision Discount Program:** If the **Covered Vehicle** is involved in a **Covered Collision**, which is not determined to be a **Constructive Total Loss**, and **You** are responsible for out of pocket expenses for the repair of the **Covered Vehicle**, **We** will provide **You** with up to a five hundred dollar ($500) discount towards these repairs.

**Total Loss Protection Program:** If the **Covered Vehicle** is declared a **Constructive Total Loss**, **We** will provide **You** with a **Vehicle Replacement Discount** up to one thousand dollars ($1,000) towards the cost of **Replacement Vehicle** of equal or greater value.

**Key Replacement:** If **Your** key/remote is lost, stolen, or becomes inoperable, **We** will reimburse **You**, up to five hundred dollars ($500), for the replacement cost of the eligible keys/remotes.

Each coverage, including conditions, limitations and exclusions, are more fully described on the reverse side of this Membership.

## HOW TO REQUEST BENEFITS UNDER THIS MEMBERSHIP

All claims require pre-authorization from the Administrator. In the event that You need to file a claim under this Membership, refer to the applicable coverage, under the WHAT DOES THIS MEMBERSHIP COVER section, for specific instructions on how to proceed. Unless otherwise stated, all claims shall be subject to the deductible listed on Page 1 of this Membership. In order to be eligible to collect under any benefit all documentation required must be provided to the Administrator within 30 days of the Authorization Date. For additional instructions, You may contact the Administrator by phone at (877) 902-8790. Failure to follow any of the instructions provided in this Membership may result in the denial of Your claim and may release the Obligor and/or the Administrator from any or all of their obligations under this Membership.

Should an event occur outside of Our normal business hours, You may elect to wait for authorization or proceed without authorization. If You choose to proceed without authorization, in order to be eligible for reimbursement, You must: 1. take clear pictures of the damage; 2. contact Us within two (2) business days; and 3. follow all the other procedures as required for the applicable benefit. You will be responsible for any costs if it is determined that the benefit sought is not eligible for coverage, or for any costs in excess of what is covered under this Membership.

THIS IS NOT A VEHICLE LIABILITY INSURANCE CONTRACT. THIS IS NOT AN AUTOMOBILE PHYSICAL DAMAGE INSURANCE CONTRACT. IN ORDER FOR THIS MEMBERSHIP TO BECOME EFFECTIVE IT MUST BE REGISTERED WITH THE ADMINISTRATOR.

Administrator: CARco, Inc. P.O. Box 1268 Exton, PA 19341 Phone: (877) 902-8790 Fax: (610) 524-8504

## DEFINITIONS

**Actual Cash Value:** The retail value for a vehicle as determined by the NADA valuation guide or equivalent market valuation method.

**Authorization Date:** The earlier of date the benefit request was authorized by the Administrator, or the date any work was performed without authorization.

**Membership:** This document which outlines the terms, conditions, exclusions, and limitations as they pertain to the Elite Club Membership Plan.

**Administrator:** Comprehensive Auto Resources Company, Inc. P.O. Box 1268, Exton, PA 19341 Phone: (877) 902-8790, Fax: (610) 524-8504

**Covered Collision:** An event whereby the **Covered Vehicle**, while under **Your** control, comes into direct contact with another vehicle or object and damage results, excepting for a **Constructive Total Loss**, and **Your** collision insurance provides coverage for such damage.

**Commercial Use: Means any vehicle used for the business purpose of providing rideshare services (Uber, Lyft, etc.), farming or ranching, pushing, pulling, or hauling material of any kind, route work, job site activities, service or repair work, or has been issued commercial plates in the state in which it is titled, or is used for a commercial enterprise. This includes a vehicle used for the purpose of rental, taxi, limousine or shuttle, towing/wrecker service; a Vehicle equipped with a dump bed, cherry picker, lifting or hoisting equipment; a police, emergency service, or a vehicle with a municipal tag; a vehicle used for principally off-road use, prearranged or organized racing or competitive driving.**

**Constructive Total Loss:** A loss in which the **Covered Vehicle** has been declared a total loss or un-recovered theft by the liable party's primary insurance carrier.

**Cosmetic Damage:** Any damage to a tire which alters its physical appearance but does not otherwise render the tire **Unservicable**.

**Covered Vehicle**: The automobile described on the Declarations Page under the **COVERED VEHICLE INFORMATION** section, with an **Actual Cash Value** of no more than one hundred thousand dollars ($100,000) and a gross vehicle weight rating (GVWR) of less than fifteen thousand (15,000) pounds.

**Curb Damage**: Impact with a curb or other affixed object which signifies the edge of a roadway

**Member, You,** or **Your**: The registered owner of the **Covered Vehicle** and recipient of this **Membership** as identified on the Declarations Page under the **MEMBER INFORMATION** section.

**Obligor,We, Us** or **Our:** Comprehensive Auto Resources Company, Inc. P.O. Box 1268, Exton, PA 19341 Phone: (877) 902-8790, Fax: (610) 524-8504

**Reasonable Cost: The customary parts or labor costs required to complete the repair or replacement, which in no case shall exceed the manufacturer's suggested retail price for parts, or labor, as defined in the manufacturer's**

**labor time guide or the nationally recognized parts and labor time guides.**

**Replacement Vehicle:** The automobile purchased or leased to replace the **Covered Vehicle.**

**Road Hazard:** Objects and road conditions not normally found in the roadway, such as potholes, rocks, wood debris, metal parts, nails, glass, plastic or composite scraps, or any item causing tire damage other than wear and tear. **Curb Damage** and **Cosmetic Damage** are specifically excluded as a **Road Hazard**.

**Seller**: The company or business entity listed in the SELLER INFORMATION section on the Declarations Page of this **Membership**.

**Term** or **Membership Term**: One (1) Year or Twelve (12) Months from the **Membership** Date on the Declarations Page.

**Unserviceable:** The tire(s) has been punctured or otherwise damaged to the extent that they can no longer hold air or otherwise make it unsafe to operate the **Covered Vehicle**.

**Vehicle Replacement Discount:** The amount discounted to **You** by **Us**, towards the purchase or lease of a **Replacement Vehicle**.

## WHAT ARE OUR OBLIGATIONS UNDER THIS MEMBERSHIP

In the event that **You** request benefits under this **Membership**, and follow all the instructions for the applicable benefit, under the **WHAT DOES THIS MEMBERSHIP COVER** section, **We** will, make every effort to, satisfy any amounts owed to **You** under this **Membership** within a reasonable time frame, not to exceed sixty (60) days, from the completion of the benefit request process.

The **Administrator** reserves the right to inspect for liability or may request estimates for repair and/or photographs of the damage to determine the validity of the request. The **Administrator** shall notify **You** within ten (10) business days of processing the request, whether the request will be allowed or denied and if denied, the specific reasons for the denial.

This **Membership** must be registered with the **Administrator** to be considered valid. Failure by the **Seller** to register this **Membership** with the **Administrator** may release the **Administrator** from some or all of its obligations. In the event that this **Membership** is not registered with the **Administrator**, at the time of **Your** request for a benefit, **We** will make every reasonable effort to remedy the situation without impacting the validity of **Your** request. In the event that **We** are unable to remedy the situation, **We** may, at our sole discretion, offer to **You** a one time settlement, not to exceed the actual value of the benefit.

## WHAT ARE NOT OUR OBLIGATIONS UNDER THIS MEMBERSHIP

Neither the **Seller**, nor the **Administrator**, shall have any obligation to:

**1.** File any claim with any party, including **Your** or a third party's primary insurance carrier;

**2.** Offer to **You** any opinion, amateur or professional, on the validity of any value, estimated or actual, in regards to duration, cost, or goods, associated with any benefit request made under this **Membership**, other than the values provided by a professional company qualified to determine such values;

**3.** Assist **You** in obtaining, any or all, documentation required to file or proceed with a claim or benefit request;

**4.** Make or offer any warranty of merchantability or warranty of fitness for any particular purpose under this **Membership**.

Any requirement defined in this **Membership** that is expressly disclaimed above shall be considered solely **Your** responsibility. **Your** failure to perform any responsibility under this **Membership** may impact your ability to collect any amounts offered under this **Membership**.

## HOW TO CANCEL OR TRANSFER THIS MEMBERSHIP

**Cancellation By You**: This **Membership** was provided, at no cost to **You**, in conjunction with **Your** purchase of a Vehicle Service Contract and any cancellation of that agreement shall constitute cancellation of this **Membership**.

**Cancellation By Us**: **We**, or the **Administrator,** may only cancel this **Membership**: a) for non-payment of the Vehicle Service Contract purchase price; b) if the **Covered Vehicle** does not qualify for coverage; or, c) for material misrepresentation, or fraud by **You**. If **We**, or the **Administrator**, cancel this **Membership**, notice outlining the specific nature of reason for cancellation will be mailed to **You** and the validity of the **Membership** will cease no more than five (5) days from the postmark date of such notice.

**Transfer**: This **Membership** is not transferable and any change of ownership of the **Covered Vehicle**, shall terminate this **Membership**.

## WHAT DOES THIS MEMBERSHIP COVER

**The sum of all benefits paid under this Membership shall not exceed two thousand five hundred dollars ($2,500)**

The following benefits are offered in conjunction with this **Membership**:

### Tire Road Hazard Program

**We** reserve the right to inspect any tire for damage prior to its repair or replacement. In all situations the repair option shall

be considered our first right to remedy. If any tire, covered under this **Membership,** becomes **Unserviceable** due to a **Road Hazard** the following coverage is afforded to **You** under this **Membership**:

Tire Repair: **We** agree to reimburse **You** for the **Reasonable Cost** to repair a flat tire caused by a **Road Hazard**.

Tire Replacement: In the event the tire cannot be repaired, **We** agree to reimburse **You** for the **Reasonable Cost**, **You** incur to replace the tire, up to one hundred and fifty dollars ($150.00). Replacement may, at **Our** discretion, be made with a tire of like kind and quality to the original tire.

**How To Request a Benefit:**

1. Prior to any repair or replacement, **You** must receive authorization from the **Administrator** by calling (877) 902-8790. **All Claims must be reported to the Administrator within sixty (60) days of the incident.**
2. **You** will be provided with a Tire Claim Form which must be completed in its entirety.
3. **You** must submit a copy of this **Membership** along with a copy of the Tire Claim Form, photos of the tire damage, evidence of the tread depth at the time of incident, and a copy of the final invoice for the work done on the **Covered Vehicle**. The invoice must include an itemized list of the costs associated with the work done and must clearly show the **Covered Vehicle** identified by the Vehicle Identification Number (VIN).

**Limitations:**

This Benefit applies to the Reasonable Cost to repair or replace the tire only and does not include coverage for **mounting, balancing, shop supplies, Tire Pressure Monitoring System (TPMS) components, taxes, or any unspecified charges.**

This Benefit is limited to one hundred and fifty dollars ($150.00) per tire, per incident.

This Benefit shall be limited to four (4) tire replacements, or six hundred dollars ($600.00), during the Membership Term. Curb Damage and Cosmetic Damage are specifically excluded as a Road Hazard.

No coverage is afforded for any tire where the tire has a tread depth of 3/32" or less at its lowest point. You are responsible for any costs or expenses not specifically listed above.

## Collision Discount Program

If the **Covered Vehicle** is involved in a **Covered Collision** for which **You** incurred expenses beyond those covered by **Your** physical damage insurance carrier, **We**, where allowed by State law, will discount an amount equivalent to **Your** expenses to repair the **Covered Vehicle**, up to five hundred dollars ($500), for repairs performed by a licensed repair facility. This coverage shall apply only to insurance claims:

(1) resulting from a **Covered Collision** in which the cost to repair the **Covered Vehicle** exceeds five hundred dollars ($500), and
(2) provided that **Your** collision insurance company pays the balance of the claim.

**How To Request A Benefit:**

1. **You** must notify the **Administrator** within five (5) days after the **Covered Collision** has been reported to **Your** collision insurance company.
2. **You** must submit the following documents to the **Administrator** within thirty (30) days of the primary insurance settlement for the **Covered Collision**:
   a. A copy of the Collision Discount Claim Form;
   b. A copy of the complete collision repair order;
   c. A copy of **Your** collision insurance policy, including the Declarations Page, as issued by **Your** primary collision insurance carrier;
   d. A copy of the Insurance Settlement check from the **Your** primary collision insurance carrier;
   e. Written documentation from **Your** primary collision insurance carrier substantiating the type of loss, date of loss, and the date the claim was filed.

**Limitations:**

Authorization Date for this benefit shall be considered the same as the date Your primary insurance carrier issued payment.

This Benefit is limited to five hundred dollars ($500.00), per incident.

This Benefit shall be limited to two (2) claims during the Membership Term.

You are responsible for any costs or expenses not specifically listed above.

## Total Loss Protection Program

If the **Covered Vehicle** is declared a **Constructive Total Loss**, during the **Membership Term**, **We** will provide you with a **Vehicle Replacement Discount**, up to one thousand dollars ($1,000) towards the purchase or lease of a **Replacement Vehicle**, which has an **Actual Cash Value** that is greater than or equal to that of the **Covered Vehicle**, as of the **Membership Date**.

**How To Request A Benefit:**

1. **You** must report the **Constructive Total Loss** to law enforcement within twenty-four (24) hours.
2. **All Claims must be reported to the Administrator within thirty (30) days of settlement by the primary insurance carrier, for authorization.**
3. **You** submit the following documents to the **Administrator**, within thirty (30) days of authorization:
   a. A copy of this **Membership**;
   b. A copy of the **Covered Vehicle's** and the **Replacement Vehicle's** bill of sale;
   c. A copy of the police report;
   d. A copy of the **Replacement Vehicle's** loan/lease contract, if applicable;
   e. Verification from the primary insurance carrier substantiating the date and cause of the **Constructive Total Loss** and net loss amount, with proof of its payment; and
   f. A copy of the Valution Report for the **Covered Vehicle**, showing the options present on the **Covered Vehicle**.

**Limitations:**

This Benefit is limited to one thousand dollars ($1,000) per incident. This Benefit is limited to one (1) claim during the Membership Term.

To qualify under this Benefit any Replacement Vehicle must have an Actual Cash Value greater than the Covered Vehicle, on the Membership Date.

### Key Replacement

In the event **Your** key/remote is lost, stolen or becomes inoperable, **We** will reimburse **You** for the replacement cost of the eligible keys/remotes.

**How To File A Claim:**

1. Prior to any repair or replacement, **You** must receive authorization from the **Administrator** by calling (877) 902-8790**. All Claims must be reported to the Administrator within sixty (60) days of the incident.**
2. Any repair or replacement must be performed or provided by an OEM dealership.
3. All non-working keys/remotes must be made available for inspection.
4. **You** must submit a copy of the original repair order and the completed claim form to the **Administrator** for final payment. The repair order must include an itemized list of the costs associated with the work done and must clearly show the **Covered Vehicle** identified by the Vehicle Identification Number.

**Limitations:**

The sum of all claims paid under this benefit shall not exceed five hundred dollars ($500). This benefit does not cover the creation and/or programming of additional keys/remotes. Limit of one (1) key/remote replacement per Membership.

Any key/remote replacement must be made with OEM equipment, this Membership does not pay for or cover any aftermarket key/remote.

We are solely agreeing to pay the replacement cost for eligible keys/remotes under the terms, conditions and limitations set forth in this Membership. We shall not provide any keys/remotes ourselves.

We do not guarantee, whether express or implied, any replacement key/remote obtained by You and/or paid for under this Membership.

### WHAT THIS MEMBERSHIP DOES NOT COVER

The coverage afforded under this **Membership** does not apply to:

**General Exclusions:**

1. **Any Membership not registered with the Administrator;**
2. **Any incidental or consequential loss or damage whatsoever, including but not limited to: loss of use; damage or injury to person or property; rental car, travel or accommodation expenses; or any other expense that does not directly relate to the coverage provided by this Membership;**
3. **Any loss for which there was no physical damage insurance in place on the Covered Vehicle at the time of the loss;**
4. **The vehicle being used for Commercial Use.**
5. **Any Membership obtained or benefit requested, through misrepresentation of material facts or fraud;**
6. **Any loss that occurs outside of the United States, its territories or possessions;**
7. **Any benefits requested arising from conditions that existed prior to the Membership Date;**
8. **Any loss that occurs prior to the Membership Date or after the expiration of the Membership Term;**
9. **Any loss not reported to the Administrator within the specified timeframe, or where the Administrator has not received the required documentation within thirty (30) days of the Authorization Date.**
10. **Any loss, damage, or delay in repairs resulting from, but not limited to, manufacturer defect, war, whether**

or not declared, invasion, civil war, insurrection, rebellion or revolution, nuclear reaction, radioactive contamination, national disasters, state emergencies, acts of God;

11. Any loss resulting directly or indirectly from any dishonest, fraudulent, illegal, or criminal act by You or anyone acting on Your behalf, whether acting alone or in collusion with others; or due to conversion, secretion or embezzlement by any person in lawful possession of the Covered Vehicle;

12. Any amount in excess of the maximum liability or stated limitations in each coverage section of this Membership;

13. Any vehicle which has an Actual Cash Value of greater than ($100,000);

14. Any vehicle that does not qualify as a Covered Vehicle.

15. Any of the following vehicles: Motorcycles; trucks over one and a half ton capacity; antique vehicles (meaning vehicles over 20 years old or out of manufacture for 10 years or more); taxicabs; limousines; other commercial vehicles; Recreational Vehicles (RVs); camping trailers; travel trailers; or any vehicles in tow; Alpina; Ascari; Avanti; Bentley; Bugatti; Daewoo; Ferrari; Koenigsegg; Lamborghini; Lotus; Noble; Pagani; Panoz; Rolls Royce; Saleen; Spyker; TVR.

16. Any loss arising out of the unauthorized access or use of any system, software, hardware, or firmware, or any modification, reprogramming, destruction, or deletion of data or software by any means.

Tire Road Hazard Coverage Exclusions:

1. Any damage resulting from off-road use, racing, collision, accident, misuse, abuse, lack of proper maintenance, suspension problems, use on a construction site or on roads not regularly maintained, vandalism or malicious mischief, theft, fire, or any loss covered by primary physical damage insurance;

2. Curb Damage and/or Cosmetic Damage of any kind;

3. Any amount in excess of one hundred and fifty dollars ($150) per tire or any amount associated with mounting, balancing, shop supplies, Tire Pressure Monitoring System (TPMS) components, taxes, or any unspecified charges;

4. Any damage caused by driving on tires that are improperly inflated;

5. Tires with tread depth of 3/32" or less at the lowest point on the tire at time of claim;

6. Any damage to tires transferred from another Vehicle subsequent to the Membership Date;

7. Any damage that is covered by any other contract or agreement, including warranties issued by the manufacturer;

8. Replacement wherein the manufacturer, by public announcement of a recall, established its responsibility to replace tires or wheels;

Collision Discount Program Exclusions:

1. Any loss for non-collision repair work or where the loss does not qualify as a Covered Collision;

2. Any loss where the collision insurance claim is filed:(a) under a name other than the Member's name; (b) for a vehicle other than the Covered Vehicle;

3. Any loss where the total cost to repair the Covered Vehicle is less than five hundred dollars ($500) or the Member had no out of pocket expenses;

4. Any expense that is not directly related to the physical repair of the Covered Vehicle;

Total Loss Protection Program Exclusions:

1. Any loss that is not deemed a Constructive Total Loss;

2. Any Replacement Vehicle which has an Actual Cash Value less than that of the Covered Vehicle, on the Membership Date.

Key Replacement:

1. Replacement of more than one (1) key/remote;

2. Any amount in excess of five hundred dollars ($500);

## LIMITATION OF LIABILITY

The **Obligor's** maximum liability for this **Membership**, is limited to two thousand five hundred dollars ($2,500). Each coverage may specify additional limitations and these limitations will be considered the maximum liability for **Us** in regards to that coverage. Unless required by state law, **We** shall not be held liable for incidental, consequential or punitive damages. **We** shall have no other liability or obligation of any nature whatsoever arising from this **Membership** unless otherwise required by state law.

## HOW TO DISPUTE A BENEFIT REQUEST

Both the **Obligor** and **You** agree that, prior to taking any formal legal action, all disputes and controversies of every kind and nature arising out of this **Membership** shall be submitted to arbitration administered by the American Arbitration Association (AAA), in accordance with its rules for such cases then in effect, and any judgment on the award rendered by

REV 202310

EDS-ELITE

16263_1

the arbitrator may be entered in any court having jurisdiction thereof. The prevailing party shall be entitled to an award of reasonable attorneys' fees as well as costs and fees of arbitration. Either party may request that the award of the arbitrator be accompanied by a reasoned opinion.

## SEVERABILITY

If any provision, or portion thereof, of this **Membership** is, or becomes, invalid under any applicable statute or rule of law, it is to be deemed stricken and the rest of this **Membership** shall remain in full force and effect.

REV 202310

Page 7 of 7

EDS-ELITE

CDY83733649

24 of 29

16263_1

## PAYMENT PLAN AGREEMENT

**Payment Plan Provider provided by:**
**SING For Service, LLC d/b/a Mepco**
**10 South Lasalle Steet, Suite 2310,**
**Chicago, IL  60603**
**Fax  312-853-0535  Telephone: 800-397-6767**

### Purchaser:

| | |
|---|---|
| **NAME:** | **MELISSA RUMPF** |
| **ADDRESS:** | **4000 S BROADWAY AVE APT 113** |
| **CITY, ST, ZIP:** | **FLOWER MOUND, TX 75028** |
| **PHONE:** | **7027161009**   **FAX:** |
| **E-MAIL:** | **mkjohanning@yahoo.com** |

### Seller:

**CODE: CCD002**

| | |
|---|---|
| **LEGAL NAME:** | **ENDURANCE** |
| **DBA:** | |
| **ADDRESS:** | **400 SKOKIE BLVD SUITE 470** |
| **CITY, ST, ZIP:** | **NORTHBROOK, IL 60062** |
| **PHONE:** | **(866) 432-4443**   **FAX:** |
| **E-MAIL:** | |
| **SALESPERSON:** | **ENDURANCE** |

| **Payment Plan Terms**<br>*All dollar amounts are in U.S. dollars.* | This Payment Plan Agreement ("Agreement") is between Purchaser and SING For Service, LLC d/b/a Mepco ("MEPCO"), a Seabury Asset Management Company. Purchaser has purchased a service contract ("Contract") from Seller that is issued by **CONSUMER CARE DIR** ("Administrator"). This Agreement is entered into to enable Purchaser to pay for the Contract pursuant to an installment payment program. |
|---|---|
| **Total Sales Price**   **$4,518.00** | **Contract:  PLATINUM** |
| **Down Payment**<br>(Minimum 5% of Total Sales Price)   **$122.11** | **Contract No.: CDY83733649**<br>**Administrator:  CONSUMER CARE DIRECT** |
| **Balance of Sales Price**   **$4,395.89** | **Vehicle Information** |
| **Number of Payments**   **36** | **Contract and Payment Plan Effective Date: 06/14/24**<br>**Make:  GMC** |
| **Amount of Each Payment**<br>(Balance of Sales Price divided by Number of Payments)   **$122.11** | **Model: ACADIA**<br>**Year: 2016      Odometer: 53,396**<br>**VIN: 1GKKRTKD9GJ232685**<br>**Coverage Term: (in months) 60** |
| **Payment Date (each month)**<br>(First due date no more than 30 days from sale date)   **7/14/2024** | **Coverage Mileage: (in Miles) 75,000**<br>Refer to the Contract for the terms and conditions regarding the Contract.<br>In consideration of Purchaser being afforded the opportunity to pay for the Contract under the installment payment program, the Purchaser and MEPCO acknowledge and agree as follows: |
| **Final Payment Date**<br>(Date of last Payment)   **6/14/2027** | (continued) |

Payment Plan Agreement Page 2

Purchaser has paid to Seller for its account in cash the down payment disclosed under "Payment Plan Terms" towards the Total Sales Price of the Contract. The Balance of Sales Price shall be paid by Purchaser to MEPCO. Subject to the Cancellation provisions on Page 3 hereof, Purchaser promises to pay MEPCO, the Balance of Sales Price in accordance with the payment method selected by Purchaser from the options set forth below.

**Payment Option 1: Authorization for Credit Card Payment**

The Balance of Sales Price may be paid by Purchaser through, and Purchaser hereby authorizes MEPCO to make, the applicable number of consecutive monthly charges to Purchaser's credit card account listed below, in the amounts and on the dates disclosed under the Payment Plan Terms, until such time as the Balance of Sales Price, together with the applicable charges described on page 3 hereof (the "Applicable Charges"), are fully paid, or until such time as MEPCO has received written notification of termination ("Credit Card Payment Termination Notice") from Purchaser in time to allow reasonable opportunity to act on it.

_____
Credit Card Number          Expiration Date (MM/YY)   Type of Card (MC, Visa, Amex, Discover)

I authorize charges to my credit card account for payment of the Balance of Sales Price together with all Applicable Charges in accordance with this Agreement.

**Payment Option 2: Authorization for Bank Account Direct Debit**

The Balance of Sales Price may be paid by Purchaser through, and Purchaser hereby authorizes MEPCO to instruct Purchaser's financial institution described below to make, the applicable number of consecutive monthly payments in the amounts and on the dates disclosed under Payment Plan Terms, from the account listed below, by electronic automatic debit of Purchaser's checking or savings account. This authority will remain in effect until such time as the Balance of Sales Price, together with all applicable Charges, are fully paid, or until such time as MEPCO has received written notification of termination ("Bank Account Direct Debit Termination Notice") from Purchaser in time to allow reasonable opportunity to act on it.

_____  _____  _____  ☐ Checking
Name of Financial Institution              Routing Number      Account Number  ☐ Savings
                                           (Must be 9 digits long)

I authorize charges to my bank account for the payment of the Balance of Sales Price together with all Applicable Charges in accordance with this Agreement.

**Payment Option 3: Monthly Bill**

The Balance of Sales Price may be paid directly by Purchaser in accordance with the Payment Plan Terms listed above. Purchaser shall receive a monthly bill and shall make payment on or before the Payment Date of each consecutive month until the Balance of Sales Price, together with all Applicable Charges, are fully paid, or until such time as MEPCO has received written notification of termination ("Monthly Bill Termination Notice") from Purchaser. Purchaser shall send such payments to MEPCO at such address as MEPCO provides to Purchaser.

PURCHASER SHALL HAVE THE RIGHT, AT ANY TIME, TO CANCEL THE CONTRACT BY NOTICE TO MEPCO ("Termination Notice") OR BY NONPAYMENT. PURCHASER SHALL HAVE NO OBLIGATION TO MAKE ANY INSTALLMENT PAYMENTS AFTER CANCELLATION. Subject to the Cancellation provisions on Page 2 hereof, unless MEPCO shall previously have received a Bill Termination Notice, (i) a late payment fee may be imposed in the amount of the lesser of 5% of the late payment or $5.00 in respect of any payment not received by MEPCO within five days of the scheduled Payment Date therefor (the "Late Charge"), and (ii) in the event that any scheduled payment is not made on or before the scheduled Payment Date, as provided in the Payment Plan Terms above, MEPCO is authorized by Purchaser (without notice thereof to Purchaser) to direct Administrator or Seller to cancel Purchaser's Contract and this Agreement at any time for nonpayment. Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to cancel the Contract, receive all unearned and refund amounts under the Contract and Purchaser's right to make a direct claim for indemnity against the Insurance Company. Purchaser represents to MEPCO that Purchaser's decision to purchase the Contract from Seller under the payment program did not result in Seller charging Purchaser a different Total Sales Price for the Contract than Purchaser would have paid

See page 3 for additional terms and conditions.

Payment Plan Agreement Page 3

if Purchaser had decided instead to pay the purchase price of the Contract in full at the time this Agreement was executed. The content and format of this Agreement have been adopted to provide Purchaser with important information in a clear and familiar form, and their use does not imply that any particular federal or state law relating to lending or installment sales is applicable to this Agreement or the transaction it contemplates. IF YOU FAIL TO MAKE ANY PAYMENT WHEN DUE, YOUR CONTRACT WILL BE CANCELLED.

By signing below, I agree I have had the opportunity to review, accept, and correct any errors contained in this Agreement.

☐ Purchaser understands that the personal information regarding Purchaser that is provided by Purchaser in connection with this Agreement will not be used or shared with any other party other than for the purpose of providing the services required by this Agreement and the Contract and as required or permitted by applicable law.

**PURCHASER**                                                                                   **DATE**

By:_____     **06/14/24**

Its _____

☒ This Agreement sets forth the terms and conditions of the payment plan authorized by Purchaser by phone or other electronic means. See page 3 for instructions to cancel.

**PROMISE TO PAY:** In consideration of the sale of the Contract to Purchaser, Purchaser promises to pay to MEPCO, on behalf of Mepco, the Balance of Sales Price and all Applicable Charges shown under Payment Plan Terms, subject to the provisions of this Agreement. Purchaser shall not have any right to reduce any amount owed to MEPCO pursuant to this Agreement for any reason whatsoever.

**CANCELLATION:** Purchaser has the right to cancel this Agreement at any time. Purchaser may cancel this Agreement at any time by (i) electing not to make the next payment due pursuant to this Agreement or (ii) sending MEPCO a Termination Notice. In the event that (a) Purchaser elects not to make the next payment due pursuant to this Agreement, (b) MEPCO receives a Termination Notice or (c) an Event of Default occurs hereunder, MEPCO may cancel the Contract and this Agreement. After the effective date of Cancellation, Purchaser shall have no further obligation to make installment payments under this Agreement. **IMPORTANT: Cancelling this Agreement does not immediately cancel your Contract; It only cancels your payment plan. Coverage under your Contract will eventually be cancelled (in accordance with the terms of this Agreement) based on your nonpayment. However, you should contact the Seller or Administrator in order to immediately cancel your Contract.** Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to receive all unearned and return amounts and to assert any rights to reinstate the Contract and all proceeds thereof, and Purchaser's right to make a direct claim for indemnity against the Insurance Company. In the event that Purchaser has made total payments to MEPCO in excess of the portion of the Total Sales Price plus Applicable Changes earned through the date of cancellation, Administrator or Seller shall refund the amount of such excess to Purchaser.

**POWER OF ATTORNEY:** Following any default hereunder, and subject to the Cancellation provisions above, Purchaser hereby irrevocably appoints MEPCO as its true and lawful attorney-in-fact, only for the limited purposes related to this Agreement set forth in the following sentence until all amounts payable hereunder are paid in full. MEPCO shall have full power under this power of attorney to (i) cancel the Contract, (ii) receive, demand, collect or sue any party for any amounts relating to the Contract, (iii) endorse or execute in Purchaser's name all checks issued and all other documents or instruments relating to the Contract, and (iv) take such other actions as are reasonably necessary to further the purposes of this Agreement.

**APPLICABLE CHARGES:** If any payment due hereunder is more than five days late, and except as prohibited by applicable law, Purchaser agrees to pay MEPCO the Late Charge. Nothing herein shall be considered to waive any default hereunder or to grant any grace period with respect to any default for failure to make any payment on the Payment Date. Notwithstanding anything herein to the contrary, in the event that any scheduled payment is not made on or before the Payment Date, MEPCO may, in its sole discretion, direct Administrator or Seller to cancel

See page 4 for additional terms and conditions

Payment Plan Agreement Page 4

the Contract and this Agreement at any time for nonpayment. Except as prohibited by applicable law, Purchaser agrees to pay to MEPCO a fee of $25 for each check or each debit that is dishonored by Purchaser's bank. Purchaser consents to the payment of all of the Applicable Charges in accordance with the Payment Option selected.

**DEFAULT PAYMENT OPTION:** If Purchaser fails to select a Payment Option, Purchaser shall be deemed to have selected a Monthly Bill.

**PREPAYMENT:** Purchaser shall have the right to prepay the entire unpaid Balance of Sales Price at any time, without penalty or discount.

**DEFAULT:** If (i) Purchaser fails to make any payment due hereunder or comply with any other provision hereof, (ii) Purchaser becomes the subject of any voluntary or involuntary bankruptcy proceedings, (iii) Purchaser has a receiver or trustee appointed for it or its property, or (iv) Purchaser makes an assignment for the benefit of its creditors or admits in writing that it is unable to pay its debts as they become due, an "Event of Default" shall be deemed to have occurred. Upon the occurrence of an Event of Default, MEPCO shall have the right to take such actions as are available to MEPCO hereunder at law or in equity. MEPCO shall be entitled to reimbursement for reasonable attorneys' fees and costs in enforcing MEPCO's rights hereunder.

**RELEASE:** Purchaser hereby releases and discharges MEPCO from any liability for damages with respect to any action taken following an Event of Default by Purchaser and shall indemnify and hold MEPCO harmless from any liabilities, claims, damages or causes of action in connection with any such action by MEPCO.

**PAYMENT AFTER CANCELLATION:** Any payment made by Purchaser after the effective date of cancellation (or after a notice of cancellation is mailed to Purchaser) will not result in a reinstatement of the Contract but will be applied to Purchaser's outstanding obligations, if any, under this Agreement. Neither the acceptance nor the application of any such payments shall constitute an undertaking by MEPCO to take steps to attempt to reinstate such Contract or constitute a waiver of any Event of Default hereunder.

**ACCEPTANCE, RATIFICATION, ACCURACY:** This Agreement shall be considered accepted by Purchaser and MEPCO upon the payment of the down payment and is effective as of Effective Date of Contract. Purchaser agrees that MEPCO shall have the authority to revise this Agreement to insert any provision omitted (including but not limited to the due date of the first installment) upon written notice to Purchaser. In addition, if the total payments due hereunder are increased due to underwriting considerations, MEPCO shall have the right, upon receipt of Purchaser's written authorization, to revise dollar amounts on the face of this Agreement. Any change by Purchaser (by way of deletion, modification, supplementation or otherwise), to any portion of this Agreement shall render the Agreement voidable, at MEPCO's option.

**ASSIGNMENT:** MEPCO may, with or without notice to Purchaser, assign or pledge its rights, title and interest in, to and under this Agreement and the power of attorney herein described. Upon written notice from any such assignee, Purchaser shall make all payments to such assignee without defense, offset or counterclaim.

**AGENTS OF SING For Service, LLC d/b/a MEPCO; AUTHORITY:** Pursuant to one or more powers of attorney, MEPCO will, from time to time, appoint one or more third parties as its agent to take certain actions on its behalf in connection with this Agreement. The Purchaser is entitled to rely upon actions taken and statements made by such agents on behalf of, and in the name of, MEPCO to the same extent as if MEPCO had taken such actions or made such statements in its own name.

**LIMITED RESOURCE COVENANT:** The Purchaser understands and agrees that: (i) Mepco's obligations are solely the obligations of Mepco and of no other Person, payable at any time only to the extent funds are available to Mepco, (ii) to the extent funds at any time are not available to Mepco to pay such obligations, any claims relating thereto shall not constitute a claim against Mepco but shall continue to accrue; (iii) the payment of any claim (as defined in Section 101 of Title 11 of the Bankruptcy Code) is expressly subordinated to the

(See page 5 for additional terms and conditions)

CDY83733649

7_15

Payment Plan Agreement Page 5

payment in full of all of Mepco's outstanding obligations to its lenders and the administrative agent; and (iv) prior to the date that is one year and one day after the payment in full of all of Mepco's outstanding obligations, the Purchaser will not institute against, or join with any other Person in instituting against, Mepco any bankruptcy, reorganization, insolvency or liquidation proceedings or similar proceeding under the laws of the United States or any state of the United States.

**WAIVERS, REMEDIES, ENTIRE AGREEMENT:** MEPCO's failure to require strict performance of any provision hereof or to exercise any of its rights hereunder, shall not be construed as a waiver or relinquishment of any future rights under such provision, but the provision shall continue and remain in full force and effect. The exercise of any rights or remedies by MEPCO under this Agreement is cumulative and shall not preclude MEPCO from exercising any other right or remedy it may have hereunder or at law. Each provision hereof shall be interpreted in such manner as to be effective and valid under applicable law. If any provision hereof is held to be unenforceable or invalid under applicable law, the unenforceability or invalidity of such provision shall not impair the validity or enforceability of the remaining provisions hereof. Time is of the essence in this Agreement.

**MANDATORY ARBITRATION:** MEPCO and Purchaser mutually agree that (i) any one of them has the right to elect to resolve by binding arbitration:

any claim, dispute or controversy (whether in contract, tort or otherwise, whether pre-existing, present or future, and including statutory, common law, intentional tort, and equitable claims) arising from or relating to this Agreement or the Contract; (ii) if arbitration is chosen, it will be conducted with the American Arbitration Association (the "AAA") pursuant the AAA's Commercial Arbitration Rules: (iii) THERE SHALL BE NO AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED ON A CLASS ACTION BASIS; (iv) AN ARBITRATION CAN ONLY DECIDE MEPCO'S OR PURCHASER'S CLAIM(S) AND MAY NOT CONSOLIDATE OR JOIN THE CLAIMS OF OTHER PERSONS WHO MAY HAVE SIMILAR CLAIMS; (v) ANY SUCH ARBITRATION HEARING WILL TAKE PLACE IN THE BOROUGH OF MANHATTAN, CITY OF NEW YORK, NEW YORK; (vi) Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non conveniens of any such arbitration; and (vii) this Agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act.

**GOVERNING LAW AND VENUE:** This Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to applicable conflict of law principles. Purchaser hereby unconditionally and irrevocably waives any claim to assert that the law of any other jurisdiction governs this Agreement or the Contract. Any legal suit, action or proceeding against MEPCO arising out of or relating to the Agreement or the Contract may only be instituted in Federal or State Court in the State of New York, Borough of Manhattan, City of New York, New York. Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non conveniens of any such suit, action or proceeding and Purchaser hereby irrevocably submits to the jurisdiction of any such court in any such suit.

**WAIVER OF CLASS ACTION:** PURCHASER HEREBY WAIVES ANY RIGHT TO BRING ANY LEGAL ACTION OR PROCEEDING WITH RESPECT TO THIS AGREEMENT, THE CONTRACT OR ANY MATTER ARISING IN CONNECTION THEREWITH ON A CLASS ACTION BASIS.

**WAIVER OF JURY DEMAND:** PURCHASER HEREBY AGREES NOT TO ELECT A TRIAL BY JURY OF ANY ISSUE TRIABLE OF RIGHT BY JURY WITH REGARD TO THIS AGREEMENT, THE CONTRACT OR ANY OTHER ACTION ARISING IN CONNECTION HEREWITH OR THEREWITH. MEPCO IS HEREBY AUTHORIZED TO FILE A COPY OF THIS PARAGRAPH IN THE EVENT OF ANY SUCH PROCEEDING.

# NOTES

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

CDY83733649

ENDURANCE

DigitalOnly

# VEHICLE MAINTENANCE LOG

| Service Date | Odometer | Repair Order | Service Performed | Service Facility | Mechanic/Service Mgr. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



CUSTOMER SERVICE: 866.432.4443

## EMPOWERING CONFIDENCE
## FOR THE ROAD AHEAD

**400 Skokie Blvd., Suite 105**
**Northbrook, Il 60062**

@endurance          facebook.com/endurancewarranty

**WWW.ENDURANCEDIRECT.COM**